FILED_____ RECEIVED
LOGGED_____
JAN 02 2020
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Maryland

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 19-4039 BPG
)
Various Electronic Devices Listed in Attachment A )
)
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
VARIOUS ELECTRONIC DEVICES (LISTED IN ATTACHMENT A) CURRENTLY AT THE DEA BALTIMORE DISTRICT OFFICE LOCATED IN BALTIMORE, MARYLAND

located in the _____ District of _____Maryland_____ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B, to be searched per the protocol on Attachment C

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 846, 841 | Conspiracy, PWID Controlled Substances |
| 21 USC 843(b) | Use of a Communication Facility |
| 18 USC 1956 | Money Laundering |

The application is based on these facts:
See attached affidavit

☒ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Daniel Pamer, TFO DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12-11-19

_____
*Judge's signature*

City and state: Baltimore, Maryland

Beth P. Gesner, US Magistrate Judge
*Printed name and title*